IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| EquiTrust Life Insurance Co., | ) | |
| | ) | Case Number: 4:25-cv-00509-SHL-HCA |
| | ) | |
| Plaintiff(s) | ) | |
| vs. | ) | Corporate Disclosure/ Statement of Interest |
| American National Insurance Co., | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

This Corporate Disclosure statement is filed on behalf of EquiTrust Life Insurance Co. in compliance with the provisions of Federal Rule of Civil Procedure 7.1(a)(1), and Local Rules 7.1 and 81(c), (d), and (e), which provides that a nongovernmental corporate party, or intervenor, to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

**The filing party, or intervenor, hereby declares as follows:**

☐ The party/intervenor does not have a parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

☑ The party/intervenor has the following parent corporations(s): (Attach additional pages if needed.)

EquiTrust Holdings, LLC Relationship wholly owned parent

_______________ Relationship _______________

☐ The following publicly held corporations(s) own 10% or more of the party/intervenor's stock: (Attach additional pages if needed.)

_______________ Relationship _______________

_______________ Relationship _______________

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: December 23, 2025

/s/ Allison E. Kerndt

NYEMASTER GOODE, P.C.

700 Walnut Street, Suite 1300

Des Moines, Iowa 50309